**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**



FILED

MAR 27 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

Dawn Polk,
Plaintiff,

vs.

Zepf Center,
Defendant.

Case No: _____  3:26 CV 740

Judge: _____

**JUDGE KNEPP**

**MAG JUDGE CLAY**

COMPLAINT

1. Parties

Plaintiff Dawn Polk is an adult resident of Toledo, Ohio and is currently employed by Defendant Zepf Center.

Defendant Zepf Center is an employer doing business in Toledo, Ohio and is subject to federal employment laws including Title VII of the Civil Rights Act of 1964.

2. Jurisdiction

This action arises under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e.
This Court has jurisdiction under 28 U.S.C. §1331 (federal question).

Plaintiff filed a charge of discrimination with the **U.S. Equal Employment Opportunity Commission (EEOC).
The EEOC issued Plaintiff a Notice of Right to Sue dated December 31, 2025.
This lawsuit is filed within 90 days of receiving the Notice of Right to Sue.

3. Facts

Plaintiff began working for Defendant in approximately September 2024.
In March 2025, Plaintiff's then-husband subpoenaed one of Plaintiff's coworkers to testify in a personal court matter unrelated to Plaintiff's job duties.

In February 2025, Plaintiff attended a marriage counseling session outside of work led by a coworker.

The counseling session occurred off work premises and outside work hours.

Shortly after this event, Plaintiff began receiving disciplinary actions and corrective actions from management.

Between April 3, 2025 and May 12, 2025, Plaintiff received multiple write-ups and disciplinary actions that she believes were unjustified.

Plaintiff had previously performed her job duties without similar disciplinary issues prior to these events.

Plaintiff believes these actions were taken in retaliation related to the circumstances surrounding the counseling session and subpoena involving a coworker.

As a result of these actions, Plaintiff experienced workplace discipline, stress, and changes affecting her employment.

4. Claim – Retaliation (Title VII)

Plaintiff engaged in activity that resulted in retaliation from her employer.

Defendant subjected Plaintiff to disciplinary actions and adverse treatment following these events.

Defendant's conduct constitutes retaliation in violation of Title VII of the Civil Rights Act of 1964.

5. Damages

As a result of Defendant's actions, Plaintiff experienced significant emotional distress, stress, and anxiety.  Plaintiff perceived the repeated disciplinary actions and treatment as demeaning and hostile, which negatively affected her well-being and required her to seek medical attention to take time off work.  The conduct described created a work environment that Plaintiff experienced as intimidating and hostile.

damage to her professional reputation

employment harm

other damages to be proven at trial

6. Relief Requested

Plaintiff respectfully requests that the Court:

A. Enter judgment in favor of Plaintiff

B. Award front pay of old earnings or reinstatement to a comparable position with equivalent pay, benefits, as appropriate

C. Award any lost wages or employment damages if proven

D. Award compensatory damages for emotional distress and harm suffered

E. Award costs and any other relief the Court deems appropriate.

7. Jury Demand
Plaintiff demands a trial by jury.
Respectfully submitted,

Dawn Polk
Pro Se Plaintiff
Date: 3/25/2026

Address: 536 Lucas St
Toledo, OH 43604

Phone number: (810)571-0462